UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    Case Number:  3:20-mj-0003 DMC

v.

CHRISTOPHER J. SIMPSON          **JUDGMENT IN CRIMINAL CASE**

Defendant pleaded guilty or no contest, is adjudged guilty and convicted of the following offense(s):

| Charge(s) Defendant Convicted of: | Nature of Charge(s): |
|---|---|
| 36 CFR 261.5(d) | Fail to Extinguish Fire |
| 36 CFR 261.5(e) | Fail to Maintain Control of Fire |
| 36 CFR 261.5(f) | Fail to Remove Flammable Material |
| 36 CFR 261.10(b) | Construct/Maintain Improvements |
| 36 CFR 261.10(k) | Occupy National Forest Lands |

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

☒ **PROBATION** for a term of five (5) years. Your conditions of probation are as follows:

1. Your probation is unsupervised.
2. You shall not commit another federal, state, or local crime.
3. You shall notify the court and, if represented by counsel, your counsel of any change of address and contact number; and the following additional checked conditions:
☒ You shall pay a fines in the amount of **$830.00**, a special assessments of $10.00 per count for a total of **$50.00**, and a $30.00 processing fee per count for a total of **$150.00** for a total financial obligation of $**1,030.00**, on or before April 1, 2021. While on probation and subject to any financial obligation of probation, you shall notify the court of any material change in your economic circumstances that might affect your ability to pay the fine.
☐ You shall perform _____ hours of community service by _____.
☐ You are hereby committed to the Bureau of Prisons to be imprisoned for a term of _____ months/days beginning immediately or by reporting to the United States Marshal located at 501 I Street, 5th Floor, Sacramento, California, 95814 unless a different reporting time has been reported prior to that date.
☒ You are prohibited from entering federal lands in the Eastern District of California including, but not limited to, lands supervised by the Bureau of Land Management, U.S. Forest Service, U.S. Fish & Wildlife, U.S. Park Service, and the Veteran's Administration.

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed on your driving record for failure to pay. The check or money order must be made payable to: **"CLERK- U.S.D.C."** and SENT to the following address:

> **CLERK, UNITED STATES DISTRICT COURT**
> Eastern District of California- Sacramento
> 501 I Street, Suite 4-200
> Sacramento, CA  95814

**Your check or money order must indicate your name and case number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts are attached to your case for failure to pay.**

OR:  You may pay on-line at **www.cvb.uscourts.gov** using your location code and violation number.

**Dated:  February 13, 2020**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE